IN THE UNITED STATES SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br>TIMOTHY HOLDER<br>       Defendant, | 15-00122-CB |

MOTION TO PRODUCE DOCUMENT UNDER SEAL

Comes now the Defendant in the above styled matter and does hereby move this Honorable Court to enter an order requiring the United States of America to produce to Defendant's counsel or, alternatively to this court, under seal and for in camera inspection, the following:

> *The NCIC (National Crime Information Center) printout for the subject TONY KRIS LEE that was utilized by Deputy Wilson during the traffic stop and detention of the Defendant Timothy Holder.  In the alternative, should the original document no longer exist, a current NCIC printout for the subject TONY KRIS LEE.*

In support thereof and for good cause, counsel offers the following:

1. Testimony offered by Deputy Wilson during the Motion to Suppress held on July 13, 2015 suggested that Mr. Wilson had been informed through the NCIC database that the owner of the vehicle, Tony Kris Lee, had an active warrant.  Mr. Wilson initially classified the warrant as a "felony robbery" warrant.  Later during his testimony, Mr. Wilson clarified that he was aware the warrant was for a probation violation out of Baldwin County, Alabama.  Further in his testimony, Mr. Wilson then stated that he believed that "the warrant was for a probation violation because of a new robbery" (paraphrasing).

2. The only other proposed justification for the legality of this traffic stop was a somewhat vague suggestion that the vehicle slowed down abruptly when the driver spotted Deputy Wilson and *five and a half miles later* that the vehicle touched the yellow line, an offense that was allegedly memorialized by a warning ticket issued sometime later at the Lee County Sheriff's Office.

3. Review of Mr. Lee's criminal history and court records clearly indicate that he had been *arrested in the year 2000* for the charge of robbery and was never placed on probation for this offense (CC-2000-1089, Baldwin County, AL).

4. In 2013, Mr. Lee was indicted in Baldwin County for the charge of Theft of Property in the Second Degree (CC-2013-914, Baldwin County, AL) and subsequently placed on supervised probation.  In January, 2015, a Probation Violation Warrant was issued for Mr. Lee in this same case.

5. According to the records available to counsel, at no time was Mr. Lee charged with the offense of Robbery subsequent to his arrest in 2000.

6. While Alabama law allows a law enforcement officer to arrest an individual if the law enforcement officer is aware of the existence of a felony warrant, such allowance does not extend to probation violation warrants (see Ala. Code § 15-22-54(d) and Ex Parte Dietz, 474 So.2d 127 (1985)).

7. It appeared from the testimony that Mr. Wilson suggested that either the NCIC information was incorrect or that he misinterpreted the NCIC report.  This inconsistency was first manifest during Deputy Wilson's testimony.  As this court is well aware, NCIC reports are not typically available to counsel through the standard discovery process because of their protected status.

8. The requested production of this document is not a particularly onerous task for the Government. Reasonable steps can be taken to protect the information contained in this document by placing it under seal and by the court conducting an in-camera review if necessary.

WHEREFORE, and in consideration of the importance of this document and the ease with which it can be retrieved, counsel does move this court to enter an order requiring the Government to produce the NCIC report generated in this case with respect to the subject Tony Kris Lee, or in the alternative, to produce a current NCIC report of the subject Tony Kris Lee. Counsel does not object to this report being placed under seal and subject to an in camera inspection.

DONE: 7/13/2015

/s/ John W. Beck

Attorney for Timothy Holder

BECKDEFENSE.COM, INC
Post Office Box 931
Fairhope, Alabama 36533
(251) 990-5454 Office
Email: john@beckdefense.com

CERTIFICATE OF SERVICE

I do hereby certify that on 7/14/2015 a copy of the foregoing pleading was electronically served on opposing counsel.

/s/ John W. Beck

Attorney at Law