IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CRIMINAL NO. |
| TIMOTHY HOLDER, | ) | 15-00122-CB |
| Defendant. | ) | |

## ORDER

This matter is before the Court on a *Motion to Postpone Sentencing* (Doc. 45) filed by the attorney for the Defendant. Said motion having been considered, it is hereby **ORDERED** that the sentencing hearing in this matter is **CONTINUED** from its present setting and reset for **August 29, 2016 at 10:00 a.m**. The United States Marshal's Service is reminded of its obligation to take whatever action necessary to have the defendant present at this hearing

**DONE** this the 21st day of April, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**